## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In Re:
Miller, Lawrence Franklin
Miller, Kim Anh

**MODIFIED
CHAPTER 13 PLAN**

Dated:
Case No: 07-40794

Debtor (s)
_____

**1. PAYMENTS BY DEBTOR –**
a. As of the date of this plan, the debtor had paid the trustee $14,700.00

b. After the date of this plan, the debtor will pay the trustee $300.00 per month for 15 months, beginning

January 2011 for a total of $4500.00. The minimum plan length is 60 months

from the date of the initial plan payment unless all allowed claims are paid in a shorter time.

c. The debtor will also pay the trustee (n/a)

d. The debtor will pay the trustee a total of $19,200.00 [line 1(a) + line 1(b) + line 1(c)].

**2. PAYMENTS BY TRUSTEE –** The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments or $1920.00, [line 1(d) x .10]

.

**3. ADEQUATE PROTECTION PAYMENTS [SEC. 1326(A)(1)(c)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly payment | Number of months | Total payments |
|---|---|---|---|
| Citifinancial | 70.00 | 10 | 700.00 |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [Sec. 365]** The debtor assumes the following executory contracts and unexpired leases. Cure provisions, if any, are set forth in paragraph 7 infra.

| Creditor | Description of property |
|---|---|
| A None | _____ |

**5. CLAIMS NOT IN DEFAULT-** Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain their lien, if any.

a. Principal Bank
b. US Bank

**6 HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and 1322(e)]** The Trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's primary residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain their liens**. All the following entries are estimates only**. The trustee will pay the actual amounts of default/arrearages and all payments received from the Trustee under this Plan shall be applied to arrearages by the claim holder.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month# | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. None | | | | | |

**7. CLAIMS IN DEFAULT** [§ 1322 (b)(3) and (5) and 1322(e)] – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.
**All the following entries are estimates, except the interest rate**

| Creditor | Amount of Default | Interest rate | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. None | _____ $_____ | _____ | $_____ | _____ | _____ | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims,. the amount set forth in the "Total Payments" column below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or the date of the debtor's discharge. In the event any of the below listed secured creditors obtain relief of stay and repossess the collateral, the resulting deficiency claim, if any, shall be re-classified as an unsecured claim and shall be paid under paragraph 11 below. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. Sec. 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.
   **Total payments includes amount paid under paragraph 3 as adequate protection**

| Creditor | Claim Amount | Secured Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| Citifinancial | $9921.54 | $3975.00 | 270.00 | 11 | 14 | $3780.00 |
|  |  |  |  | TOTAL |  | $4480.00 |

(claim includes 6% simple interest)

9. **PRIORITY CLAIMS-** The trustee shall pay in full all claims entitled to priority under § 507, including the following. **The amounts listed are estimated only**. The trustee will pay the amounts actually allowed.

| Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| a. Attorney Fees | $ 2000.00 | $200.00 | 1 | 10 | $2000.00 |
| b. Internal Revenue Sec. (1305(a)(1) claim) | $2452.00 | $270.00 | 43 | 9 | $2450.00 |
| c. Attorney's Fees (post-petition) | $300.00 | $270.00 | 45 | 2 | $ 300.00 |
|  |  |  | TOTAL |  | $4750.00 |

10. **SEPARATE CLASS OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be a separate class of nonpriority unsecured creditors described as follows: **None**
    The trustee will pay the allowed claims of the following creditors. **All entries below are estimates.**

| Creditor | Interest Rate | Claim amount | Monthly payment | Beginning in month # | Number payments | Total Payments |
|---|---|---|---|---|---|---|

a. None

11. **TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $8050.00 [line 1(d) minus lines 2, 6(d), 7(d), 8(b), 9(f), and 10(c)].

   a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $5946.54
   b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $40,402.75
   c. Total estimated unsecured claims are $46,349.29[line 11(a) + line 11(b)]

12. **TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee

   under ¶ 2, 3, , 6, 7, 8, 9, 10 or 11 shall be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The Trustee may distribute additional sums not expressly provided for herein at the Trustee's discretion. This plan is filed in good faith and constitutes the debtors best effort. The effective date of this plan is the date of confirmation. The debtors shall contribute all disposable income into this plan for the length of time set forth in paragraph 1 above. The debtors will submit copies of their state and federal income tax returns to the Trustee annually while this case is pending and will pay any disposable income tax refunds in excess of $2000.00 per year into this plan pursuant to paragraph 1.c. above. All mortgage payments made directly from the debtors shall be applied to post-petition monthly payments.

The debtors will pay, as and when due, any and all post-petition federal tax liability of any kind. Provided, however, should the debtors fail to pay Debtors' 2008 federal income tax liability when it is due, and the Internal Revenue Service files a proof of claim pursuant to 11 U.S.C. Section 1305(a)(1) for any unpaid 2008 federal income tax liability owed by the debtors, the debtors may modify the Plan to pay such post-petition tax Liability in full as a priority claim.

**14. SUMMARY OF PAYMENTS** –

| | |
|---|---|
| Trustee's Fee (Line 2) ……………………………………………………………….. $ | 1920.00 |
| Home Mortgage Defaults [Line 6(d)] ……………………………………………  ……..... $ | 0.00 |
| Claims in Defaults [Line 7(d)]………………………………………………………...$ | 0.00 |
| Other Secured Claims [Line 8(d)]……………………………………………………..$ | 4480.00 |
| Priority Claims [Line 9(f)] ……………………………………………………  ……….$ | 4750.00 |
| Separate Class [Line 10(c)]……………………………………………………………$ | 0.00 |
| Unsecured Creditors [Line 11]………………………………………………………....$ | 8050.00 |
| **TOTAL [must equal Line 1(d)]**……………………………………………………....$ | 19,200.00 |

Mark L. Soule  ID 172078            Signed /e Lawrence F. Miller
Attorney at Law                                 Debtor
816 W. St. Germain  #306
St. Cloud, MN 56301                    Signed /e/Kim A. Miller
(320) 251-0999                                Debtor (if joint case)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Miller, Lawrence Franklin
Miller, Kim Anh

**SIGNATURE DECLARATION**

Debtor(s).

Case No. _____

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
_X_ MODIFIED CHAPTER 13 PLAN
_X_ OTHER (Please describe: __Motion for Confirmation of Modified Plan__

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: **1-14-11**

X _[signature]_   X _[signature]_
Signature of Debtor or Authorized Representative   Signature of Joint Debtor

__Lawrence F. Miller__   __Kim A. Miller__
Printed Name of Debtor or Authorized Representative   Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNSOTA

_____

In Re:  
Miller, Lawrence Franklin  
Miller, Kim Anh    Debtors

BKY No.: 07-40794

_____

CERTIFICATE OF SERVICE

    Mark L. Soule, hereby certify that on the 18th day of January, 2011, I served by first class mail and electronic transmission the following documents: Modified Chapter 13 Plan (post-confirmation), Notice of Hearing and Motion for confirmation of a Modified Plan, Order, Memorandum, upon all of the parties on the attached Service List.

Dated: 1/18/2011

/e/Mark L. Soule_____  
Mark L. Soule, Reg. 0172078  
Attorney at Law  
816 West St. Germain   #306  
St. Cloud, MN 56301  
(320) 251-0999

Service List

Jasmine Keller, Trustee
310 Plymouth Bldg.
12 South 6th St.
Minneapolis, MN 55402

US Trustee
1015 US Courthouse
300 South 4th St.
Minneapolis, MN 55415

Internal Revenue Service
115 4th Avenue SE
Aberdeen, SD 57401

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Allina Home Oxygen
c/o Reliance Recovery
PO Box 29227
Minneapolis, MN 55429

Aspire Visa
PO Box 23007
Columbus, OH 31902

Pinnacle Financial
7825 Washington Ave So.    #410
Minneapolis, MN 55439

Principal Bank
PO Box 857
Des Moines, IA 50304

US Bank
4801 Frederica St.
Owensboro, KY 50306

Wells Fargo Visa
PO Box 10347
Des Moines, IA 50306

Associated Creditors
PO Box 33130
Phoenix, AZ 85067

Beneficial Finance
PO Box 4153-K
Carol Stream, IL 60197

Beneficial Finance
PO Box 1547
Chesapeake, VA 23320

CapitalOne
15000 Capital One Drive
Richmond, VA 23238

Central Credit Svc
Dept. A
PO Box 15118
Jacksonville, FL 32239

EPPA
7301 Ohms Lane    #650
Edina, MN 55439

Sears
PO Box 6924
The Lakes, NV 88901

Suburban Radiology
4801 West 81st St.    #108
Minneapolis, MN 55437

Wells Fargo Card Svc
PO Box 10347
Des Moines, IA 50306

Citifinancial
PO Box 140069
Irving, TX 75014

Citifinancial
12410 Aberdeen St. NE
Blaine, MN 55449

Columbia Park Med Group
4000 Central Avenue NE
Columbia Heights, MN 55421

DASI
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

Discover Card
PO Box 30395
Salt Lake City, UT 84130

Metropolitan Cardiology
4040 Coon Rapids Blvd. #120
Minneapolis, MN 55433

TDM
PO Box 6700
Norcross, GA 30091

Unity Hospital
Allina
2925 Chicago Ave So
Minneapolis, MN 55407

Wells Fargo Financial
3201 North Fourth Avenue
Sioux Falls, SD 57104