UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                          BKY No.: 07-40794

Miller, Lawrence Franklin
Miller, Kim Anh                          Debtors

_____

AMENDED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES BY ATTORNEY FOR DEBTORS IN CHAPTER 13 CASE

The undersigned applicant, pursuant to Local Rule 2016-1(d), states that:
1. The Applicant is the attorney for the Debtor(s).
2. The Status of the case is as follows
     X A plan has been confirmed;
       No plan has been confirmed and the case is pending; or
       No plan has been confirmed and the case has been dismissed.

The Trustee has funds on hand in the amount of $ 0.00
3. Applicant seeks allowance of fees and reimbursement of expenses as follows:

| | |
|---|---|
| Fees: | $300.00 |
| Expenses: | |
|     Filing Fee | $ |
|     Copies ___ @$.___ | $ |
|     Postage | $ |
|     Other (itemize) | $ |
| Total Expenses | $ |
| | |
| Total Fees/Expenses | $300.00 |

(collectively, "Requested Fees and Expenses") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

4. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the Applicant and actual, necessary expenses incurred on behalf of the debtors. The services consist of the following:
       Pre-confirmation services; or
     X  Post-confirmation services consisting of the following:
     __Resolve motion for relief from stay
     __Resolve motion for dismissal
     __Filing motion for sale of real estate
     __Filing motion objecting to claim
     X Preparing, serving and filing modified plan
     __Assisting the debtor in complying with 521(f) (4)
     __Assisting the debtor in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. 586(f).
     __Other (specify):

5. Regarding the Requested Fees and Expenses, the Debtor(s) has paid Applicant the sum of $0.00 as of 1/19/2011. The debtor owes the Applicant the sum of $300.00 the unpaid balance.

6. The Applicant has applied for fees and/or expenses in this case as follows:

| Date | Amount | Date of Order | Amount Allowed | Paid to Date |
|---|---|---|---|---|

7. The Applicant has not shared or agreed to share with any other person, other than with members of applicant's law firm, any compensation paid or to be paid in this case.

WHEREFORE, the Applicant requests the Court to enter an Order as follows:

(A) Awarding $300.00, the unpaid balance stated in paragraph 5 above, for compensation and/or reimbursement; and

(B) If no plan is confirmed, authorizing the Chapter 13 trustee to disburse to Applicant from funds on hand, funds in the amount of the fees and expenses allowed hereunder.

Dated: 1/19/2011                    /e/ Mark L. Soule_____
                                     Mark L. Soule,  #172078
                                     816 West St. Germain Street   #306
                                     St. Cloud, MN 56301
                                     320-251-0999

## ORDER

This case came before this Court on the Application for Compensation and Reimbursement of Expenses by attorney for the Debtor(s) in a chapter 13 Case. Appearances were noted. Based upon the application and records,

IT IS ORDERED

1. Applicant is awarded $300.00, consistent with paragraph 5 of said application

2. If no plan is confirmed, the Trustee is authorized to disburse to Applicant from funds on hand, funds in the amount awarded above.

BY THE COURT:


_____

Dated:_____          U.S. Bankruptcy Judge .